# PD-1681-14

NO. 05-13-00575 CR

| | | |
|---|---|---|
| AARON RAMSEY | () | IN THE TEXAS COURT~~RECEIVED IN~~ |
| | () | COURT OF CRIMINAL APPEALS |
| VS. | () | OF CRIMINAL APPEALS |
| | () | DEC 31 2014 |
| THE STATE OF TEXAS | () | AT AUSTIN |

Abel Acosta, Clerk

SEEKING DISCRETIONARY REVIEW FROM A DECISION BY THE
COURT OF APPEALS FOR THE FIFTH DISTRICT OF TEXAS AT DALLAS
IN CAUSE NO. 05-13-00575-CR

PETITIONER'S , AARON RAMSEY'S, MOTION TO EXTEND TIME
FOR FILING PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUDGES OF SAID COURT:

COMES NOW, Petitioner, Aaron Ramsey, pro se and respectfully

requests that the time for filing of Petitioner, Aaron Ramsey's Petition for Discretionary

Review in the above -styled and numbered cause be extended. In support of this

motion the Petitioner would show the Court the following:

FILED IN
COURT OF CRIMINAL APPEALS

DEC 31 2014

Abel Acosta, Clerk

I.

In Cause No.F12-53925-I Appellant was convicted of Serious Bodily Injury

to a Child and sentenced to Life in the Texas Department of Criminal Justice,

Institutional Division. The Court of Appeals affirmed the appeal on December 2,

2014.

II.

The present deadline for filing of Petitioner /Appellant's Petition for

Discretionary Review is January 1, 2015. Petitioner respectfully requests an extension

of time until 30 April , 2015.

III.

No previous extension of time has been granted.

## IV.

Petitioner would show the Court that a reasonable explanation exists for the requested extension. The facts on which petitioner relies to reasonably explain the need for this extension are as follows:

Petitioner has not had sufficient time after receipt of the opinion of the Court of Criminal Appeals to prepare his petition for discretionary review, pro se, for filing with this Court.

WHEREFORE, PREMISES CONSIDERED, Petitioner respectfully requests that the time for filing of the Petition for Discretionary Review be extended to the aforementioned date.

Aaron Ramsey, Petitioner
~~1601 Spur~~ 9601 Spur 591
Street
Amarillo          TX          79107-9606
City,             State,              Zip

## Certificate of Service

I hereby certify that a true copy of the foregoing motion has been served on the Assistant District Attorney for Dallas County- Appellate Section, Frank Crowley Courts Building, Lock Box 19, Dallas, Texas 75207-4399 by depositing same in the United States Mail, Postage Prepaid, on this the _____ day of _____, 2014.

Petitioner, Aaron Ramsey
See enclosed note, please.

To Whom it May Concern—

   My name is Aaron Ramsey. I do not have postyl or another form for an extension to send to Dallas County. Could you please make a copy and send?

                              Sincerely,

                              Aaron Ramsey
                              01853774
                              Bill Clements Unit
                              Building 8 L10T
                              9601 Spur 591
                              Amarillo, TX 79107-9606